UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-3162**


BRIAN A. DAVIS;
FREDRICKA K. BECKFORD,
Appellants

v.

GEORGE C. WIGEN, Former Warden, Moshannon Valley Correctional Center;
THE GEO GROUP, INC.; DONNA MELLENDICK, Former Administrator, Bureau of
Prisons Privatization Management Branch; DAVID O'NEILL, Assistant Field Director,
Department of Homeland Security

(W.D. Pa. No. 3-16-cv-00026)


Present:  RESTREPO, McKEE, and SMITH, Circuit Judges


    Motion by Appellees Donna Mellendick and David O'Neill to Amend
    Opinion and Judgment.


                                        Respectfully,
                                        Clerk/DWB/arr

_____ORDER_____
The foregoing motion is GRANTED as reflected in the amended precedential opinion
and amended judgment which are filed simultaneously with this Order.

                                        By the Court,

                                        s/D. Brooks Smith
                                        Circuit Judge

Dated: September 19, 2023
cc:    Stephen A. Fogdall, Esq.
       Thomas A. Specht, Esq.
       Adam N. Hallowell, Esq.
       Laura S. Irwin, Esq.
       Dino L. LaVerghetta, Esq.